Certificate Number: 00437-PAE-DE-030365176

Bankruptcy Case Number: 17-17240



00437-PAE-DE-030365176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 30, 2017</u>, at <u>2:29</u> o'clock <u>PM MST</u>, <u>George Karpetis</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 30, 2017                By:    /s/Kimberly Jackson

                                         Name:  Kimberly Jackson

                                         Title: Accredited Financial Counselor